# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CHRISTOPHER A. ROGALSKI, | : No. 44 MAP 2025 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court at No. 464 |
| | : MD 2023 dated May 21, 2025. |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF EDUCATION, (PSPC), | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**                                             **DECIDED:  April 30, 2026**

**AND NOW,** this 30th day of April, 2026, the order of the Commonwealth Court is **VACATED** to the extent that it sustained the appellees' preliminary objection to the appellant's request for a writ of mandamus compelling the appellees to remove from their websites all information regarding the appellant's disciplinary information based upon the appellant's claim that publication of this information violates his constitutional right to reputation.  (Amended Petition for Review, 11/22/2023, ¶¶ 48-50.)  The matter is **REMANDED** to the Commonwealth Court to reconsider its decision to sustain the appellees' preliminary objection to this request in light of our recent decision in *T.G.A. v. Department of Education*, 348 A.3d 1043 (Pa. 2025).  The Commonwealth Court's order is **AFFIRMED** in all other respects.  Jurisdiction is relinquished.